UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINUOS TAMO,<br>                    Petitioner,<br><br>            v.<br><br>WARDEN, et al.<br><br>                    Respondents. | No. 1:26-cv-1370-DJC-JDP (HC)<br><br>[PROPOSED] ORDER GRANTING ONE WEEK<br>EXTENSION OF TIME<br><br>Re: ECF No. 13 |

The Court has reviewed the parties' stipulation and good cause appearing, hereby grants the stipulated one-week extension of Petitioner's deadline to respond to Respondents' motion to dismiss. Petitioner's deadline to respond is thus extended from May 11 until May 18, 2026.

IT IS SO ORDERED.

Dated:    May 11, 2026                       _____
                                            JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING EXTENTION OF TIME